**FILED**

DEC 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DEC 19 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-90499 Misc. HRL |
| Plaintiff, | [~~PROPOSED~~] *RS* ORDER RE MODIFICATION OF BOND |
| v. | |
| YU YING LIN, | |
| Material Witness. | |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to allow Yu Ying Lin to leave the Cornell Corrections Halfway House and travel to the Central District of California to stay with a friend, Hsiang Wen Chiu, for the pendency of the proceedings. Hsiang Wen Chiu resides at 2367 Blue Haven Drive, Rowland Heights, California 91748. Her telephone number is 626-202-6221.

All other conditions of bond remain in full force and effect.

IT IS SO ORDERED.

Dated: 12/19/05

_____
United States Magistrate Judge

[~~PROPOSED~~] *RS* ORDER RE MODIFICATION
OF BOND                                    - 1 -